155 So.2d 605

**Fred L. SHUTTLESWORTH**

v.

**STATE.**

3 Div. 108.

Court of Appeals of Alabama.

Oct. 23, 1962.

Rehearing Denied Nov. 20, 1962.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed, authority of Abernathy v. State, 155 So.2d 586.

Certiorari denied by Supreme Court, 155 So.2d 606 (3 Div. 48).

151 So.2d 256

**Sigmon SIMPSON**

v.

**STATE.**

I Div. 935.

Court of Appeals of Alabama.

March 12, 1963.

PER CURIAM.

Appeal dismissed.

PRICE, P. J., dissenting.

155 So.2d 606

**George SMITH**

v.

**STATE.**

3 Div. 109.

Court of Appeals of Alabama.

Oct. 23, 1962.

Rehearing Denied Nov. 20, 1962.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for the State.

JOHNSON, Judge.

Affirmed, authority of Abernathy v. State, 155 So.2d 586.

Certiorari denied by Supreme Court, 155 So.2d 606 (3 Div. 49).